Ryan M. Merriman (14720)
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Email: rmerriman@btjd.com
*Attorneys for Defendant RLSS, LLC*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| 902 SOUTH OGDEN, LLC, a Colorado limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> RLSS, LLC, a Utah limited liability company, <br><br> Defendant. | **NOTICE OF REMOVAL** <br><br> Case No. 1:25-cv-00157 <br><br> Judge |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH:**

PLEASE TAKE NOTICE that Defendant RLSS, LLC, pursuant to 28 U.S.C. § 1446 and DUcivR 81-2, has removed the civil action currently pending as Case No. 250907087 in the Utah Second Judicial District Court to this court. A civil cover sheet is attached as **Exhibit 1**. RLSS alleges the following grounds for removal:

1. RLSS removes this case based on the diversity jurisdiction set forth in 28 U.S.C. § 1332.

2. Plaintiff 902 South Ogden, LLC ("***902 South***") is a Colorado limited liability

company, which owns property located in Weber County, Utah.

3. 902 South's members are Jason Larson, who is domiciled in the State of Colorado, and Christopher Larson, who is also domiciled in the State of Colorado.

4. 902 South is therefore a citizen of Colorado for purposes of diversity jurisdiction.

5. Defendant RLSS is a Utah limited liability company, which owns property in Weber County, Utah.

6. RLSS's members are Robert Howard, who is domiciled in the State of Idaho, and Shandee Howard, who is also domiciled in the State of Idaho.

7. RLSS is therefore a citizen of Idaho for purposes of diversity jurisdiction.

8. RLSS's counsel accepted service of the Complaint on September 29, 2025.

9. In the complaint, 902 Ogden seeks monetary damages in the amount of $1,137,086.77. The amount in controversy exceeds $75,000.

10. RLSS certifies that the following attachments are filed concurrently with this notice:

   a. A copy of the complaint is attached as **Exhibit 2**.

   b. A copy of the state court docket sheet is attached as **Exhibit 3**.

   c. No scheduling order or notice of event due dates has been filed.

   d. A copy of all pleadings, motions, orders, and other relevant filings, organized in chronological order, is attached as **Exhibit 4**.

DATED this 14th day of October, 2025.

                                        BENNETT TUELLER JOHNSON & DEERE

                                        /s/ *Ryan M. Merriman*
                                        Ryan M. Merriman
                                        *Attorneys for Defendant RLSS, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October, 2025, I caused a true and correct copy of the foregoing **NOTICE OF REMOVAL** to be electronically filed with the Court ECF system which served notification upon counsel of record as follows:

    M. Darin Hammond
    SMITH KNOWLES, PLLC
    2225 Washington Blvd., Suite 200
    Ogden, Utah 84401
    dhammond@smithknowles.com

                                          /s/ *Bree Conger*